UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| Greg A. Haanen, | ) | |
| | ) | 1:16-cv-01007-CBK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| North Star Mutual Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**
**(FED. R. CIV. P. 12(c))**

COME NOW the undersigned counsel for Defendant North Star Mutual Insurance Company, which moves this Court for partial judgment on the pleadings under Fed. R. Civ. P. 12(c) on Counts II through VI of the Complaint of Plaintiff Greg A. Haanen. The only count that Defendant is not moving for judgment on the pleadings on is Count I (breach of contract).

In support of this motion, Defendant is filing and serving a memorandum of law.

Defendant has not requested an oral argument at this time, but would not oppose one.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
|  | ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A. |
|  | s/Blake W. Duerre |
| Dated:  April 25, 2016 | _____ |
|  | Blake W. Duerre<br>500 Young Quinlan Building<br>81 South Ninth Street<br>Minneapolis, MN 55402-3214<br>P: (612) 339-3500<br>F: (612) 339-7655<br>bwduerre@ArthurChapman.com |
|  | *Attorney for Defendant North Star Mutual Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, the following documents:

Defendant's Motion for Partial Judgment on the Pleadings (FED. R. CIV. P. 12(c))

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

*Attorney(s) for Plaintiff*
Greg A. Haanen
Lee Schoenbeck
Joshua G. Wurgler
Schoenbeck Law, P.C.
P.O. Box 1325
Watertown, SD  57201
E: Lee@SchoenbeckLaw.com


I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated: April 25, 2016                              s/ Blake W. Duerre
                                                   Blake W. Duerre

3