UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GREG A. HAANEN, | 1:16-cv-01007-CBK |
| Plaintiff, | |
| -vs- | STIPULATION FOR DISMISSAL |
| NORTH STAR MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME NOW the parties involved in the above-entitled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by any party. Furthermore, it is the intent of the parties that all parties shall bear their own costs and attorney fees associated with the prosecution and defense of this action.

SCHOENBECK LAW OFFICE

Dated: 6/14/17

By _____
Attorneys for Plaintiff

1200 Mickelson Drive, #310
Post Office Box 1325
Watertown, SD 57201
Telephone No. 605-886-0010
e-mail: lee@schoenbecklaw.com

00175638.WPD / 1

1

ARTHUR, CHAPMAN, KETTERING, SMETAK
& PIKALA, P.A.

Dated: June 22, 2017          By: /s/ Blake W. Duerre

500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN  55402-3214
Telephone No. 612-339-3500
Facsimile No. 612-339-7655
e-mail: bwduerre@arthurchapman.com

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: 9/23/17          By: /s/

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
Facsimile No. 605-225-2743
e-mail: jhieb@rwwsh.com

Attorneys for Defendant